UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HERB REED ENTERPRISES, INC.; and HERB REED ENTERPRISES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MONROE POWELL'S PLATTERS, LLC; MONROE POWELL; and DAN GLOUDE,<br><br>　　　　Defendants. | 2:11-cv-02010-PMP-RJJ<br><br>ORDER |

On December 16, 2011, Plaintiffs Herb Reed Enterprises, Inc. and Herb Reed Enterprises, LLC filed a Motion for Temporary Restraining Order With Notice and Preliminary Injunction (Doc. #2, 4).

IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Motion for Temporary Restraining Order With Notice and Preliminary Injunction (Doc. #2, 4) on December 27, 2011, at 11:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

IT IS FURTHER ORDERED that Plaintiff shall immediately notify Defendants of the hearing, and shall forthwith serve Defendants with any documents that are presently on file in this action, together with a copy of this Order.

DATED: December 19, 2011.

_____
PHILIP M. PRO
United States District Judge