UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| HERB REED ENTERPRISES, INC., etc., *et al.*, | ) | |
| Plaintiff, | ) | 2:11-cv-2010-PMP-RJJ |
| vs. | ) | |
| MONROE POWELL'S PLATTERS, LLC, etc., *et al.*, | ) | **ORDER** |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 12, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __29th__ day of March, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge