JOHN R. DaCORSI, SBN 8043
DaCORSI, PLACENCIO & RUMSEY, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 889-6666
Facsimile: (702) 889-4810

Jason L. Rumsey, California Bar No. 219637
*Pro Hac Vice*
DaCORSI, PLACENCIO & RUMSEY, P.C.
21031 Ventura Boulevard, Suite 640
Woodland Hills, California 91364-2226
Telephone: (818) 884-6666
Facsimile: (818) 884-8677

Attorneys for Defendants,
MONROE POWELL'S PLATTERS, LLC;
MONROE POWELL; DON GLOUDE

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, INC., a Delaware company; and HERB REED ENTERPRISES, LLC., a Massachusetts company, <br><br> Plaintiffs, <br><br> vs. <br><br> MONROE POWELL'S PLATTERS, LLC, a Nevada company; MONROE POWELL, an individual; and DON GLOUDE, an individual, <br><br> Defendants. | Case No: 2:11-cv-02010 <br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant herein, MONROE POWELL, does hereby substitute himself, In Proper Person, in the above-entitled action, in the place and stead of the law firm of DaCORSI, PLACENCIO & RUMSEY, P.C.

DATED this 23 day of July, 2012.

*/s/ Monroe Powell*
MONROE POWELL
In Proper Person

DaCORSI, PLACENCIO & RUMSEY, P.C. hereby agrees to have MONROE POWELL, In Proper Person, substitute in its place and stead. Mr. Powell's mailing address is:

Monroe Powell
2 Avenida Castino
Henderson, NV 89011
Telephone: 459-0502

DATED this 23 day of July, 2012.

DACORSI, PLACENCIO & RUMSEY, P.C.

_____
JOHN R. DaCORSI, ESQ.
Nevada Bar No. 8043
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 889-6666
Attorneys for Defendants,
MONROE POWELL'S PLATTERS, LLC;
MONROE POWELL; DON GLOUDE

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATE: AUGUST 9, 2012