JOHN R. DaCORSI, SBN 8043
DaCORSI, PLACENCIO & RUMSEY, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:   (702) 889-6666
Facsimile:   (702) 889-4810

Jason L. Rumsey, California Bar No. 219637
*Pro Hac Vice*
DaCORSI, PLACENCIO & RUMSEY, P.C.
21031 Ventura Boulevard, Suite 640
Woodland Hills, California 91364-2226
Telephone:   (818) 884-6666
Facsimile:   (818) 884-8677

Attorneys for Defendants,
MONROE POWELL'S PLATTERS, LLC;
MONROE POWELL; DON GLOUDE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, INC., a Delaware company; and HERB REED ENTERPRISES, LLC., a Massachusetts company, <br><br> Plaintiffs, <br><br> vs. <br><br> MONROE POWELL'S PLATTERS, LLC, a Nevada company; MONROE POWELL, an individual; and DON GLOUDE, an individual, <br><br> Defendants. | Case No: 2:11-cv-02010 <br><br><br><br> **SUBSTITUTION OF ATTORNEYS** |

Defendant herein, DON GLOUDE, does hereby substitute himself, In Proper Person, in the above-entitled action, in the place and stead of the law firm of DaCORSI, PLACENCIO & RUMSEY, P.C

DATED this 23 day of July, 2012.

_____
DON GLOUDE
In Proper Person

F:\CLIENT FILES\POWELL-GLOUDE adv. REED\PLEADINGS\Substitution of Atty.Don Gloude.wpd (JS)

1

1  DaCORSI, PLACENCIO & RUMSEY, P.C. hereby agrees to have DON GLOUDE, In
2  Proper Person, substitute in its place and stead. Mr. Gloude's mailing address is:

3  Don Gloude
   1678 Adobe Frost Court
4  Las Vegas, NV 89183
   Telephone: 896-5517

5  DATED this __23__ day of July, 2012.

                                    DACORSI, PLACENCIO & RUMSEY, P.C.

                                    _____
                                    JOHN R. DaCORSI, ESQ.
                                    Nevada Bar No. 8043
                                    10161 Park Run Drive, Suite 150
                                    Las Vegas, Nevada 89145
                                    Tel: (702) 889-6666
                                    Attorneys for Defendants,
                                    MONROE POWELL'S PLATTERS, LLC;
                                    MONROE POWELL; DON GLOUDE


                                    IT IS SO ORDERED.
                                    .
                                    .
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    DATE: AUG. 9, 2012

F:\CLIENT FILES\POWELL-GLOUDE adv. REED\PLEADINGS\Substitution of Atty.Don Gloude.wpd (JS)

2