1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                          DISTRICT OF NEVADA
9                                  * * *
10  HERB REED ENTERPRISES, INC., )
    etc., *et al.*,              )
11                               )
            Plaintiff,            )   2:11-cv-02010-PMP-RJJ
12                               )
    vs.                          )
13                               )
    MONROE POWELL'S PLATTERS, LLC, )   O R D E R
14  etc., *et al.*,              )
                                 )
15          Defendant,            )
                                 )
16

    This matter was referred to the undersigned Magistrate Judge on a Motion by DaCorsi, Placencio & Rumsey, P.C., John R. DaCorsi, and Jason L. Rumsey to Withdraw as Attorneys of Record (#48).

    The Court having reviewed the Motion (#48) and good cause appearing therefore,

    IT IS HEREBY ORDERED that a hearing on the Motion by DaCorsi, Placencio & Rumsey, P.C., John R. DaCorsi, and Jason L. Rumsey to Withdraw as Attorneys of Record (#48) is scheduled for September 13, 2012, at 10:30 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

    IT IS FURTHER ORDERED that a corporate representative for Defendant Monroe Powell's Platters, LLC must appear in court for this hearing. There is NO EXCEPTION to this requirement. Failure to appear may result in an order to show cause being issued by the court.

. . . .

1   IT IS FURTHER ORDERED that Defendant's counsel shall personally serve, or serve by
2 certified mail, return receipted requested, a copy of the motion to withdraw and a copy of this
3 Order on Defendant Monroe Powell's Platters, LLC. Proof of compliance with this service
4 requirement must be filed with the court prior to the scheduled hearing. There is NO
5 EXCEPTION to the service requirement.
6   DATED this   22nd   day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge