# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, INC., et al., | Case No. 2:11-cv-02010-PMP-NJK |
| Plaintiff(s), | |
| vs. | ORDER AMENDING ORDER GRANTING MOTION TO COMPEL |
| MONROE POWELL'S PLATTERS, LLC, et al., | |
| Defendant(s). | (Docket No. 109) |

On May 6, 2013, the Court held an oral argument on the pending motion to compel. *See* Docket No. 89 (motion to compel); Docket No. 109 (minutes of proceedings). At that hearing, the Court granted the motion to compel in large part and ordered Defendant Don Gloude to produce documents within 30 days. The Court hereby amends its oral rulings to add the following:

> For each document request for which the Court has ordered supplemental responses from Mr. Gloude, the supplemental responses shall also include a detailed explanation of the search undertaken to locate and obtain responsive documents that is certified pursuant to Fed. R. Civ. P. 26(g).

IT IS SO ORDERED.

DATED: May 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge