# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MONROE POWELL'S PLATTERS, LLC, et al., ) <br> ) <br> Defendants. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | Case No. 2:11-cv-02010-PMP-NJK <br><br> NOTICE RE: MOTION FOR ATTORNEY'S FEES AND EXPENSES <br><br> (Docket No. 110) |

Pending before the Court is Plaintiffs' Motion for Attorney's Fees and Costs. Docket No. 110. That motion seeks sanctions pursuant to Fed. R. Civ. P. 37(a)(5), but does not specify explicitly whether the monetary sanctions are sought against Defendants personally, Defendants' attorney(s) personally, or both. *See* Fed. R. Civ. P. 37(a)(5) (allowing for recovery of expenses, including attorney's fees, against "the party or attorney advising that conduct, or both"). The Court hereby gives NOTICE to Defendants and their attorneys that any sanctions imposed by the Court pursuant to Fed. R. Civ. P. 37(a)(5) may be imposed against Defendants personally, Defendants' attorney(s) personally, or both. To the extent Defendants and/or their attorneys would like to present further argument in light of this notice, they may do so in writing no later than June 18, 2013.

IT IS SO ORDERED.

DATED: June 11, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge