**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HERB REED ENTERPRISES, INC., et al.,       )
                                           )
                    Plaintiffs,            )       Case No. 2:11-cv-02010-PMP-NJK
                                           )
vs.                                        )       ORDER REQUIRING A
                                           )       SUPPLEMENTAL DECLARATION
MONROE POWELL'S PLATTERS, LLC, et al.,     )
                                           )
                    Defendants.            )
_____)

　　　　Pending before the Court is the order to show cause and motion for expenses.  Docket Nos. 95, 110.  Plaintiffs submitted a declaration regarding the expenses incurred in filing their motion to compel.  *See* Docket No. 110.  Plaintiffs' papers, however, do not distinguish between expenses incurred in bringing the motion to compel as it related to Defendant Powell and Defendant Gloude.  No later than June 19, 2013, Plaintiffs shall file a supplemental declaration indicating which of the expenses it seeks to recover derive from the motion to compel as it related to Defendant Powell and which derive from the motion to compel as it related to Defendant Gloude.[1]  If they so choose, Defendants and their counsel may file a response no later than June 21, 2013.

　　　　IT IS SO ORDERED.

　　　　DATED: June 14, 2013

                                    _____
                                    NANCY J. KOPPE
                                    United States Magistrate Judge

_____

[1]  Alternatively, to the extent the parties can agree among themselves on how the hours spent on the motion to compel should be divided, they may also file a stipulation so indicating no later than June 19, 2013.