# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERB REED ENTERPRISES, INC., et al., ) <br> ) <br>                Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> MONROE POWELL'S PLATTERS, LLC, et al., ) <br> ) <br>                Defendant(s). ) <br> _____) | Case No. 2:11-cv-02010-PMP-NJK <br><br> ORDER GRANTING MOTIONS TO SEAL <br><br> (Docket Nos. 111, 124) |

Pending before the Court are two motions to seal. Docket Nos. 111 and 124. Those motions raise essentially identical issues. Although Defendants were ordered to file a response to the first motion to seal, *see* Docket No. 113 ("Defendants *shall* file a Response" (emphasis added)), no response has been filed in opposition to either motion. For the reasons discussed below, the motions are hereby GRANTED.

The Ninth Circuit has held that there is a strong presumption of public access to judicial records. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A party seeking to file documents under seal bears the burden of overcoming that presumption. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010) (quoting *Kamakana*, 447 F.3d at 1178). To maintain the secrecy of documents attached to non-dispositive motions, the movant must make a particularized showing of "good cause." *Kamakana*, 447 F.3d at 1180.

Plaintiffs' motions seek to seal billing records containing their hourly rates. Plaintiffs'

1  counsel asserts that their billing rates are not generally available to the public and are competitively
2  sensitive.  Other Courts in this District have found that this constitutes good cause to seal billing
3  records filed in support of a motion for attorneys' fees.  *See Mine O'Mine, Inc. v. Calmese*, 2012
4  U.S. Dist. Lexis 53077, *10 (D. Nev. Apr. 16, 2012).  Accordingly, the Court finds good cause to
5  seal the exhibits at issue here.
6       For the reasons stated above, Plaintiffs' motions to seal are GRANTED.
7       IT IS SO ORDERED.
8       DATED: July 11, 2013

                                                                         _____
                                                                         NANCY J. KOPPE
                                                                         United States Magistrate Judge