AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Herb Reed Enterprises, Inc., et al., 

Plaintiffs,

V.

Monroe Powell's Platters, LLC., et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-02010-PMP-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiffs Herb Reed Enterprises, Inc. and Herb Reed Enterprises, LLC and against Defendant Monroe Powell. Mr. Powell and his attorney, Erik Fitting, are jointly and severally responsible to pay $5,952.26 in attorneys' fees and costs to Plaintiffs.

September 18, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk