UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

HERB REED ENTERPRISES, INC.; and )
HERB REED ENTERPRISES, LLC, )
             )
    Plaintiffs, )  2:11-CV-02010-PMP-RJJ
             )
v. )  O R D E R
             )
MONROE POWELL'S PLATTERS, LLC; )
MONROE POWELL; and DON GLOUDE, )
             )
    Defendants. )

    IT IS ORDERED that the Court will hold a hearing on Plaintiffs' Second Motion for an Order to Show Cause Why Defendants, Maurey Robinson and Picone & Robinson Should Not be Held in Contempt and Sanctioned (Doc. #153) on Monday, February 10, 2014 at 10:00 a.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

    IT IS FURTHER ORDERED that Plaintiffs shall forthwith serve non-parties Maurey Robinson and Picone & Robinson with their Second Motion for an Order to Show Cause Why Defendants, Maurey Robinson and Picone & Robinson Should not be Held in Contempt and Sanctioned (Doc. #153), together with a copy of this Order.

    IT IS FURTHER ORDERED that Plaintiffs' Motion to Seal (Doc. #154) is hereby GRANTED.

DATED: December 16, 2013

_____
PHILIP M. PRO
United States District Judge