UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HERB REED ENTERPRISES, INC., et al., <br> Plaintiffs, <br> v. <br> MONROE POWELL'S PLATTERS, LLC, et al., <br> Defendants. | 2:11-cv-02010-PMP-NJK <br><br> ORDER |

IT IS ORDERED that Plaintiffs Herb Reed Enterprises, Inc. and Herb Reed Enterprises, LLC shall file proof of service of Plaintiffs' Motion for Fees and Costs (Doc. #174) as to nonparties Maurey Robinson and Picone & Robinson within seven (7) days from the date of this Order.

DATED: September 15, 2014

_____
PHILIP M. PRO
United States District Judge