1

2

3

UNITED STATES DISTRICT COURT

4

DISTRICT OF NEVADA

5

* * *

6

| | |
|---|---|
| HERB REED ENTERPRISES, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MONROE POWELL'S PLATTERS, LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

2:11-cv-02010-PMP-NJK

ORDER

13    Presently before the Court is Plaintiffs Herb Reed Enterprises, Inc. and Herb

14  Reed Enterprises, LLC's Motion for Fees and Costs (Doc. #174) and Declaration of Eric M.

15  Sommers in Support of Plaintiffs' Motion for Fees and Costs (Doc. ##175, 176), filed on

16  August 22, 2014.  Defendants Monroe Powell's Platters, LLC; Monroe Powell; and Don

17  Gloude did not file a response.  Nonparties Maurey Robinson and Picone & Robinson, who

18  were personally served with the motion and supporting declaration on September 19, 2014

19  (Doc. ##183, 184), also did not file a response.  Pursuant to Local Rule 7-2(d), failure to file

20  points and authorities in opposition to a motion constitutes consent to granting the motion.

21  Moreover, for the reasons set forth in the motion and supporting declaration, Plaintiffs are

22  entitled to the relief requested.

23    IT IS THEREFORE ORDERED that Plaintiffs Herb Reed Enterprises, Inc. and

24  Herb Reed Enterprises, LLC's Motion for Fees and Costs (Doc. #174) is GRANTED.

25  / / /

26  / / /

IT IS FURTHER ORDERED that the Clerk of Court shall enter Judgment in favor of Plaintiffs Herb Reed Enterprises, Inc. and Herb Reed Enterprises, LLC, and against Defendants Monroe Powell's Platters, LLC; Monroe Powell; and Don Gloude, and nonparties Maurey Robinson and Picone & Robinson in the amount of $5,721.00 in attorney's fees and $430.00 in costs.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall serve a copy of this Order and the Judgment on nonparties Maurey Robinson and Picone & Robinson. Plaintiffs' counsel shall file proof of service within seven (7) days from the date of this Order.

DATED: October 6, 2014

_____
PHILIP M. PRO
United States District Judge