AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     Nevada

Herb Reed Enterprises, Inc., et al.,

               Plaintiffs,

V.

Monroe Powell's Platters, LLC, et al.,

               Defendants.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-cv-02010-PMP-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Plaintiffs Herb Reed Enterprises, Inc. and Herb Reed Enterprises, LLC, and against Defendants Monroe Powell's Platters, LLC, Monroe Powell, and Don Gloude, and nonparties Maurey Robinson and Picone & Robinson in the amount of $5,721.00 in attorney's fees and $430.00 in costs.

October 7, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Erin Smith

(By) Deputy Clerk